GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Email: gmarina@clarkhill.com
Telephone:     (702) 862-8300
*Attorney for Defendant*
*Equifax Information Services LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK CHAMPION,<br><br>Plaintiff,<br><br>vs.<br><br>ALTA ONE FEDERAL CREDIT UNION and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 2:26-cv-01272-JCM-EJY<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from May 22, 2026, through and including June 22, 2026. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.

///

///

///

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 18th day of May 2026.

CLARK HILL PLLC

By: /s/ Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
CLARK HILL PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone:    (702) 862-8300
*Attorney for Defendant Equifax*
*Information Services LLC*

KAZEROUNI LAW GROUP, APC

/s/ Mona Amini
Mona Amini
6940 S. Cimarron Rd.
Suite 210
Las Vegas NV 89113
Tel: 800-400-6808
Email: mona@kazlg.com

Gustavo E. Ponce
6940 S. Cimarron Rd.
Suite 210
Las Vegas NV 89113
Tel: 800-520-5523
Email: Gustavo@kazlg.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

United States Magistrate Judge

DATED: May 18, 2026

- 2 -