GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK CHAMPION, <br><br> Plaintiff, <br><br> vs. <br><br> ALTA ONE FEDERAL CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:26-cv-01272-JCM-EJY <br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 22, 2026 through and including **July 13, 2026**.  The request was made by Equifax so that the parties may have additional time to engage in settlement discussion, and Plaintiff approves.

///

///

///

///

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 22nd day of June 2026.

CLARK HILL PLLC

By: */s/ Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 S. Pavilion Center Drive, Ste. 500
Las Vegas, NV  89135
Fax: 702.778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services, LLC*

 */s/ Gustavo E. Ponce*
Gustavo E. Ponce, Esq.
Kazerouni Law Group, APC
6940 S. Cimarron Rd.,
Suite 210
Las Vegas, NV 89113
800-520-5523
Email: gustavo@kazlg.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:    June 22, 2026

- 2 -