Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorney for Plaintiff*
*Patrick Champion*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PATRICK CHAMPION,

Plaintiff,

vs.

ALTA ONE FEDERAL CREDIT UNION; and EQUIFAX INFORMATION SERVICES, LLC,,

Defendants.

Case No.: 2:26-cv-01272-JCM-EJY

**~~PROPOSED~~ DISCOVERY PLAN AND SCHEDULING ORDER**

///

///

///

KAZEROUNI LAW GROUP, APC

Plaintiff PATRICK CHAMPION ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax"),[1] (jointly all as the "Parties"), by and through their respective counsel, hereby submit this proposed Discovery Plan and Scheduling Order.

The Parties propose the following discovery plan and scheduling order:

**PROPOSED DISCOVERY PLAN**

1. **Discovery Cut-Off Date**: Defendant Equifax filed its Answer on July 13, 2026. ECF No. 10. Defendant Alta accepted waiver of service on July 1, 2026. ECF No. 13. Defendant ALTA ONE FEDERAL CREDIT UNION's ("Alta") has failed to file an answer to the Complaint in this matter. To allow for all discovery to take place, the proposed cut-off date for discovery shall be **January 11, 2027.**

2. **Amending the Pleadings and Adding Parties**: All motions to amend the pleadings or to add parties shall be filed no later than **October 12, 2026**.

3. **Fed.R.Civ.P. 26(a)(2) Disclosures (Experts)**: Disclosures and reports concerning experts shall be made by **November 10, 2026**. Disclosures and reports concerning rebuttal experts shall be made by **December 10, 2024**.

5. **Dispositive Motions**: The date for filing dispositive motions shall not be later than **February 8, 2027**, 30 days after the proposed close of discovery. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

6. **Pretrial Order**: The date for filing the joint pretrial order shall not be later than **March 10, 2027**, 30 days after the cut-off date for filing dispositive

---

[1] Defendant Alta's answer to the complaint was due August 31, 2026, per the executed and field Waiver of Service (ECF No. 13). Defendant Alta did not file an answer in this case as of today's date. On September 2, 2026, the discovery Plan was provided to Defendant Alta via its counsel and as of the filing today Defendant Alta did not provide a response to the Discovery Plan and this Plaintiff was forced to file this Discovery Plan between Plaintiff and Equifax only.

KAZEROUNI LAW GROUP, APC

motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

7. **Pretrial Disclosures**: The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

8.. **Extensions or Modifications of the Discovery Plan and Scheduling Order**: Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

9. **Initial Disclosures**: The Parties shall make initial disclosures on or before **September 16, 2026,** to the extent that initial disclosures have not yet been made.

10. **Protective Order**: The Parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents. Plaintiff understands that the Parties desire a stipulated protective order governing confidential information. The Parties agree that a stipulated protective order governing confidential information must be filed by November 20, 2023, so as to not delay production of discovery.

11. **Electronic Service**: The Parties agree that electronic service of briefing and discovery documents may be used.

12. **Alternative Dispute Resolution Certification**: The Parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation.

The Parties are generally agreeable to the Alternative Dispute Resolution through, including but not limited to, mediation and early neutral evaluation after an initial period of discovery.

13. **<u>Alternative Forms of Case Disposition Certification</u>**: The Parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties have not reached any stipulations at this stage.

14. **<u>Electronic Evidence</u>**: The Parties certify that they discussed the possibility of producing documents in electronic format, which could then facilitate presenting electronic evidence to jurors for the purposes of jury deliberations at trial. The parties have not reached any stipulations at this stage.

DATED this 16th day of September 2026.

**KAZEROUNI LAW GROUP, APC**

By: *<u>/s/ Gustavo Ponce</u>*__________
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

**CLARK HILL PLLC**

By*: <u>/s/ Gia Marina</u>*___________
Gia N. Marina, Esq.
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Attorney for Defendant*
*Equifax Information Services LLC*

IT IS SO ORDERED:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: <u>September 16, 2026</u>