MARCUS J. LEE, ESQ. (Nevada Bar No.15769)
E: MLee@ohaganmeyer.com
INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant*
*AltaOne Federal Credit Union*

O'HAGAN MEYER ATTORNEYS & ADVISORS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PATRICK CHAMPION,

Plaintiff,

vs.

ALTA ONE FEDERAL CREDIT UNION; and EQUIFAX INFORMATION SERVICES, LLC,

Defendants.

Case No.: 2:26-cv-01272 –JCM-EJY

**STIPULATION TO EXTEND DEADLINE FOR ALTAONE FEDERAL CREDIT UNION TO RESPOND TO COMPLAINT [ECF NO. 1]**

**[FIRST REQUEST]**

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant ALTAONE FEDERAL CREDIT UNION. ("Defendant") and Plaintiff files this stipulation to extend ALTAONE FEDERAL CREDIT UNION deadline to file its response to Plaintiff's Complaint (ECF No. 1) through Friday, October 30, 2026.

//

//

//

//

This extension request is made in good faith and not for purposes of delay. Counsel for ALTAONE FEDERAL CREDIT UNION has been in contact with Plaintiff who has consented to the requested extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow ALTAONE FEDERAL CREDIT UNION the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

Dated this 2nd day of October, 2026

| | |
|---|---|
| B_*/s/*___*Gustavo Ponce*___<br>Gustavo Ponce, Esq.<br>Nevada Bar No. 15084<br>Mona Amini, Esq.<br>Nevada Bar No. 15381<br>**KAZEROUNI LAW GROUP, APC**<br>6940 S. Cimarron Rd., Suite 210<br>Las Vegas, Nevada 89113<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br>E-mail: gustavo@kazlg.com<br>E-mail: mona@kazlg.com<br><br>*Attorneys for Plaintiff*<br>*Patrick Champion* | By __*/s/ Inku Nam*__________<br>MARCUS J. LEE, ESQ.<br>Nevada Bar No. 15769<br>INKU NAM, ESQ.<br>Nevada Bar No. 12050<br>**O'HAGAN MEYER PLLC**<br>300 S. 4th Street, Suite 1250<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendant*<br>*AltaOne Federal Credit Union* |

IT IS SO ORDERED:

[signature]

UNITED STATES DISTRICT JUDGE

DATED: October 2, 2026



O'HAGAN MEYER ATTORNEYS & ADVISORS